Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  16–10034–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Gerard K Vaughan
　3 Linden Court
　Apt C
　Old Bridge, NJ 08876

Social Security No.:
　xxx–xx–2616

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

　　NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/9/16.

　　Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 9, 2016
JJW: bwj

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Gerard K Vaughan
    Debtor

Case No. 16-10034-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Sep 09, 2016
    Form ID: 148    Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
```
db          #+Gerard K Vaughan,   3 Linden Court,   Apt C,   Old Bridge, NJ 08857-6729
515930623    American Coradius International,   2420 Sweet Home Road, Suite 150,   Amherst, NY  14228-2244
515930624   +Arrow Financial Services, LLC,   5996 W Touhy Ave,   Niles, IL 60714-4610
515930625   +Atlantic Credit And Finance,   7 Century Drive, Suite 201,   C/O Fein Such Kahn & Shepard,
             Parsippany, NJ 07054-4609
515930626   +Bayonne Community Bank,   104-110 Avenue C,   Bayonne, NJ 07002-8906
515930627   +Bayview Emergency Associates,   66 West Gilbert Street,   Red Bank, NJ 07701-4948
515930629    Capital One,   13 East Broad Street,   Richmond, VA  23285
515930631   +Chase Mortgage,   10790 Rancho Berna,   San Diego, CA 92127-5705
516130844    ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
515930632   +Fein, Such, Kahn & Shepard, P.C,   7 Century Road, Suite 201,   Parsippany, NJ 07054-4673
515930633   +Goldman & Warshaw,   P.O. Box 2500,   West Caldwell, NJ 07007-2500
515930634   +Hayt, Hayt & Landau, LLC,   Two Industrial Way West - P.O. Box 500,   Eatontown, NJ 07724-0500
515950368    JPMorgan Chase Bank, N.A.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
             Rochester, MI  48308-0730
515930639   +NYS Department Of Taxation And Finance,   WA Harrian Campus, Building 9,   Office Of Counsel,
             Albany, NY 12227-0001
515958668    New York State Department of,   Taxation and Finance,   Bankruptcy Section,   P O Box 5300,
             Albany NY 12205-0300
515930641    Patricia I. Palza,   388 Hickory St,   Teaneck, NJ  07666-4031
515930642   +Revenue Recovery Corp,   612 Gay St,   Knoxville, TN 37902-1603
515930644   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court:  State Of New Jersey,   P.O. Box 283 Division Of Taxation,
             Trenton, NJ  08695-0283)
515930645   +Summit Medical Group,   1 Diamond Hill Rd,   Berkeley Heights, NJ 07922-2104
516159252    The Oaks at Glenwood,   35 Spruce Lane, Unit D,   Old Bridge, NJ  08857-6718
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2016 23:18:29   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2016 23:18:26    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516142898   +EDI: OPHSUBSID.COM Sep 09 2016 23:08:00   Back Bowl I LLC, Series C,
             C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516160498    E-mail/Text: camanagement@mtb.com Sep 09 2016 23:18:17   Bayview Loan Servicing, LLC,
             c/o M&T Bank,   PO Box 840,   Buffalo, NY 14240-0840
515930628   +E-mail/Text: bcwrtoff@cablevision.com Sep 09 2016 23:19:13   Cablevision,
             PO Box 371378 Optimium,   Pittsburgh, PA 15250-7378
516142920   +E-mail/Text: bncmail@w-legal.com Sep 09 2016 23:18:36   CarePoint Health - Hospital,
             C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516142934   +E-mail/Text: bncmail@w-legal.com Sep 09 2016 23:18:36   CarePoint Health - Physican GSHA,
             C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515930630   +E-mail/Text: ering@cbhv.com Sep 09 2016 23:18:24   Cb Of The Hudson Valley,   155 N Plank Rd,
             Newburgh, NY 12550-1748
515930649    EDI: RCSDELL Sep 09 2016 23:08:00   Webbank/dfs,   1 Dell Way,   Round Rock, TX  78682
515930636    EDI: IRS.COM Sep 09 2016 23:08:00   Department of the Treasury,   Internal Revenue Service,
             P.O. Box 7346,   Philadelphia, PA  19101-7346
515930637    EDI: JEFFERSONCAP.COM Sep 09 2016 23:08:00   Jefferson Capital Syst,   16 Mcleland Rd,
             Saint Cloud, MN  56303
516155858    EDI: JEFFERSONCAP.COM Sep 09 2016 23:08:00   Jefferson Capital Systems LLC,   Po Box 7999,
             Saint Cloud Mn 56302-9617
516139027    EDI: RESURGENT.COM Sep 09 2016 23:08:00   LVNV Funding, LLC its successors and assigns as,
             assignee of Arrow Financial Services,   LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
515930638    E-mail/Text: camanagement@mtb.com Sep 09 2016 23:18:17   M&T Bank,   P.O. Box 62182,
             Baltimore, MD  21264-2182
515930640    EDI: HFC.COM Sep 09 2016 23:08:00   Orchard Bank,   P.O. Box 17051 HSBC Card Services,
             Baltimore, MD  21297-1051
516067567    EDI: PRA.COM Sep 09 2016 23:08:00   Portfolio Recovery Associates, LLC,   c/o Orchard Bank,
             POB 41067,   Norfolk VA 23541
515930643   +E-mail/Text: clientservices@simonsagency.com Sep 09 2016 23:19:07   Simons Agency Inc,
             4963 Wintersweet Dr,   Liverpool, NY 13088-2176
515930646   +EDI: VERIZONWIRE.COM Sep 09 2016 23:08:00   Verizon Wireless,   PO Box 105378,
             Atlanta, GA 30348-5378
515930648   +EDI: CHASE.COM Sep 09 2016 23:08:00   Washington Mutual Bank,   P.O. Box 15298 C/O Chase,
             Wilmington, DE 19850-5298
                                                                                        TOTAL: 19
```

District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Sep 09, 2016
                             Form ID: 148              Total Noticed: 39

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516197701*    Internal Revenue Service,   P.O. Box 7346,   Philadelphia PA 19101-7346
515930635*    +Internal Revenue Service,   Mail Stop 5-Q30.133 2970 Market Street,
              Philadelphia, PA 19104-5002
516068552*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,   Department of Treasury,
              Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
515930647     ##Vision Financial Corp.,   P.O. Box 460260,   St. Louis, MO 63146-7260
                                                                      TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Timothy P. Kane   on behalf of Debtor Gerard K Vaughan bankruptcy@abdykane.com
                                                                      TOTAL: 4
```