# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  16−10034−CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerard K Vaughan
   3 Linden Court
   Apt C
   Old Bridge, NJ 08876

Social Security No.:
   xxx−xx−2616

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       11/2/16
Time:      12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Timothy P. Kane, Esq.

COMMISSION OR FEES
Fees 2,967.00

EXPENSES
0

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 4, 2016
JJW:

                                                         James J. Waldron
                                                         Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                         Case No. 16-10034-CMG
Gerard K Vaughan                                               Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin             Page 1 of 2           Date Rcvd: Oct 04, 2016
                              Form ID: 137            Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2016.
db             #+Gerard K Vaughan,    3 Linden Court,    Apt C,   Old Bridge, NJ 08857-6729
515930623       American Coradius International,     2420 Sweet Home Road, Suite 150,   Amherst, NY 14228-2244
515930624      +Arrow Financial Services, LLC,     5996 W Touhy Ave,    Niles, IL 60714-4610
515930625      +Atlantic Credit And Finance,    7 Century Drive, Suite 201,    C/O Fein Such Kahn & Shepard,
                 Parsippany, NJ 07054-4609
515930626      +Bayonne Community Bank,    104-110 Avenue C,    Bayonne, NJ 07002-8906
515930627      +Bayview Emergency Associates,    66 West Gilbert Street,    Red Bank, NJ 07701-4948
515930629       Capital One,    13 East Broad Street,    Richmond, VA 23285
515930631      +Chase Mortgage,    10790 Rancho Berna,    San Diego, CA 92127-5705
515930649      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:    Webbank/dfs,    1 Dell Way,    Round Rock, TX 78682)
516130844       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
515930632      +Fein, Such, Kahn & Shepard, P.C,    7 Century Road, Suite 201,    Parsippany, NJ 07054-4673
515930633      +Goldman & Warshaw,    P.O. Box 2500,    West Caldwell, NJ 07007-2500
515930634      +Hayt, Hayt & Landau, LLC,    Two Industrial Way West - P.O. Box 500,    Eatontown, NJ 07724-0500
515950368       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
515930639      +NYS Department of Taxation And Finance,    WA Harrian Campus, Building 9,   Office Of Counsel,
                 Albany, NY 12227-0001
515958668       New York State Department of,    Taxation and Finance,    Bankruptcy Section,   P 0 Box 5300,
                 Albany NY 12205-0300
515930640       Orchard Bank,    P.O. Box 17051 HSBC Card Services,    Baltimore, ND 21297-1051
515930641       Patricia I. Palza,    388 Hickory St,    Teaneck, NJ 07666-4031
515930642      +Revenue Recovery Corp,    612 Gay St,    Knoxville, TN 37902-1603
515930644      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:    State Of New Jersey,    P.O. Box 283 Division Of Taxation,
                 Trenton, NJ 08695-0283)
515930645      +Summit Medical Group,    1 Diamond Hill Rd,    Berkeley Heights, NJ 07922-2104
516159252       The Oaks at Glenwood,    35 Spruce Lane, Unit D,    Old Bridge, NJ 08857-6718
515930646      +Verizon Wireless,    PO Box 105378,    Atlanta, GA 30348-5378
515930648      +Washington Mutual Bank,    P.O. Box 15298 C/O Chase,    Wilmington, DE 19850-5298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2016 23:15:39     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2016 23:15:35     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
516142898      +E-mail/Text: bncmail@w-legal.com Oct 04 2016 23:15:47     Back Bowl I LLC, Series C,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516160498       E-mail/Text: camanagement@mtb.com Oct 04 2016 23:15:24     Bayview Loan Servicing, LLC,
                 c/o M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
515930628      +E-mail/Text: bcwrtoff@cablevision.com Oct 04 2016 23:16:28     Cablevision,
                 PO Box 371378 Optimium,    Pittsburgh, PA 15250-7378
516142920      +E-mail/Text: bncmail@w-legal.com Oct 04 2016 23:15:46     CarePoint Health - Hospital,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516142934      +E-mail/Text: bncmail@w-legal.com Oct 04 2016 23:15:46     CarePoint Health - Physcan GSHA,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515930630      +E-mail/Text: ering@cbhv.com Oct 04 2016 23:15:32     Cb Of The Hudson Valley,   155 N Plank Rd,
                 Newburgh, NY 12550-1748
515930636       E-mail/Text: cio.bncmail@irs.gov Oct 04 2016 23:15:07     Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515930637       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 04 2016 23:15:48     Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
516155858       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 04 2016 23:15:48     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
516139027       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2016 23:06:24
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515930638      +E-mail/Text: camanagement@mtb.com Oct 04 2016 23:15:24     M&T Bank,   P.O. Box 62182,
                 Baltimore, MD 21264-2182
516067567       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2016 23:06:41
                 Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,   Norfolk VA 23541
515930643      +E-mail/Text: clientservices@simonsagency.com Oct 04 2016 23:16:23     Simons Agency Inc,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Oct 04, 2016
                              Form ID: 137             Total Noticed: 39

516197701*       Internal Revenue Service,    P.O. Box 7346,   Philadelphia PA 19101-7346
515930635*      +Internal Revenue Service,    Mail Stop 5-Q30.133 2970 Market Street,
                  Philadelphia, PA 19104-5002
516068552*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Department of Treasury,
                  Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
515930647      ##Vision Financial Corp.,   P.O. Box 460260,   St. Louis, MO  63146-7260
                                                                                TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Timothy P. Kane    on behalf of Debtor Gerard K Vaughan bankruptcy@abdykane.com
                                                                                             TOTAL: 4
```